UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:10-00277 |
| | ) | JUDGE CAMPBELL |
| MARY HARRIS | ) | |

ORDER

Pending before the Court is Defendant Mary Harris' Motion to File Supplemental Position with Respect to Sentencing Factors Under Seal (Docket No. 37). The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE